Ocorr and Rugg Company, Respondent, *v.* The City of Little Falls, Appellant, Impleaded with Others.

*Ocorr & Rugg Co.* v. *City of Little Falls,* 77 App. Div. 592, affirmed.
(Argued May 5, 1904; decided May 20, 1904.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 19, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*A. M. Mills* and *S. H. Newberry* for appellant.

*John D. Lynn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Martin, Vann and Cullen, JJ.

———

Joshua C. Sanders, Appellant and Respondent, *v.* William A. Carley et al., Respondents and Appellants.

*Sanders* v. *Carley,* 83 App. Div. 193, affirmed.
(Submitted May 5, 1904; decided May 20, 1904.)

Cross-appeals from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1903, affirming a judgment of a Trial Term determining the ownership of a certain plot of land in the borough of Brooklyn.

*Robert Goeller* and *Joseph H. Mahan* for plaintiff, appellant and respondent.

*James A. Sheehan, Stephen M. Hoye* and *Edward L. Somerville* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.
Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Martin, Vann and Cullen, JJ.